■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SONYA ROUNICK, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on February 29,

1988, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Ellerin, JJ.